Edward Lee Jackson, Jr.
Reg. No. 07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

**FILED**

NOV 13 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

November 2, 2007

Michael W. Dobbins, Clerk
United States District Court
Kirksen Federal Building
219 Dearborn Street
Chicago, IL 60604

07CV6409
JUDGE KOCORAS
MAG. JUDGE ASHMAN

RE: <u>Jackson v. U.S.</u>, 96CR815-1  Motion to Vacate Conviction & Sentence

Dear Sir:

Please find enclosed three (3) copies of my 28 U.S.C. § 2255 motion for filing, and one (1) copy of the motion which I request that you "File-Stamp" and return to me in the envelope provided. I delivered the original § 2255 motion and three (3) copies to prison officers for mailing previously, on September 28, 2007. However, in correspondence, dated October 23, 2007, you indicate that the original set of documents were not received in your office. I am taking steps to ensure your receipt of the current set of documents by sending them **"certified mail - return receipt requested."**

I also request that you forward me a copy of the docket entries in the case referenced above.

Thank you in advance for your attention and cooperation in these matters.
I look forward to your timely reply.

Very truly yours,

Edward Lee Jackson, Jr.



# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
CLERK

*Prisoner Correspondence

Date: _10-23-07_

In response to your enclosed request, please see the box or boxes checked:

☐ This court does not have the requested forms. Check with your law library or the public library.

☐ Communications to the court (such as letters sent to the judge) without a certificate of service to the opposing party(s) are what the law calls "ex parte" and will not be considered by the court. All court filings must be in the form of pleadings, with the case name, number, and caption, and served on opposing parties, in order to comply with Fed.R.Civ.P. 5.

☒ The enclosed material contains no case number or case title. Without that information the document cannot be processed. Accordingly, the material you submitted to this office is being returned to you. See Fed.R.Civ.P. 10(e).

☐ Pursuant to *Antonelli v. Sheahan*, 81 F. 3d 1422, 1431 (7th Cir. 1996), mail from the Clerk of the Court is not privileged mail and can be opened outside the presence of the prisoner. *See also, Jones v. Sheahan*, 2002 WL 959814 (N.D. IL.).

☐ As the court has previously ordered, you must pay the full filing fee, in installments if so ordered, in all cases filed in this court.

☐ Check with the trust fund officer at your institution to determine the status of payment of your court filings fees.

☐ Status request: As of this date the Court has taken no action on the requested case. When an order is entered, your will promptly be notified by mail.

☐ Status request: Attached is the latest docket entry in your case.

☐ It is the responsibility of the party filing the documents to serve the opposing side and to file a certificate of service indicating who was served, who made the service, when and how this service was made. For the above reasons, your service copies are being returned to you. *See* Fed.R.Civ.P. 5.

☐ Please be advised that we are not attorneys and are prevented by federal law from answering questions of a legal nature. We are also prohibited from interpreting the rules. You should direct your questions to an attorney who will be able to give you the legal advice you seek, or to contact the law library at your institution. We regret that we cannot assist you in this matter.

*The Prisoner Correspondence Office is the part of the Clerk's Office which processes all mail from inmates.
**Continued on reverse side**

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
-EASTERN DIVISION-

Edward Lee Jackson, #07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD   21501-1000

**RETURNED**

OCT 23 2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Clerk of the Court
United States District Court
Kirksen Federal Building
219 South Dearborn Street
Chicago, IL   60604

RE: **Edward L. Jackson vs. United States**

Dear Clerk:

I am sending this letter to this Court requesting an update as to the status of my pending habeas review under Title 28 U.S.C. § 2255 which was filed on September 28, 2007. I placed this petition in the institutional legal mail, first class postage, however, as of this date, I have not received any confirmation from this Court that my petition was received. *No such case received*

Currently, I have a pending motion also for the receipt of the court record due to the negligence of my appeal attorney, Mr. Kent R. Carlson. This motion has been pending before this Honorable Court since the beginning of 2007, and I have yet to receive an answer either granting or denying the petition. *no case # given*

If necessary, I can file another petition with this court due to the uncontrollable fact that the United States Post Office has yet to deliver my petition.

I am in full anticipation of the response of this Honorable Court, seeing that the time limitations for habeas review or strict, and I do not wish to have to "jump another hurdle."

Respectfully Submitted,

*Edward Lee Jackson*   17 October 07
Edward Lee Jackson, #07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD   21501-1000

cc:

   file

Page 1 of 1