## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

United States of America
       Plaintiff,

v.              Case No.: 1:07−cv−06409
              Honorable Charles P. Kocoras

Edward Lee Jackson Jr
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2007:

  MINUTE entry before Judge Charles P. Kocoras :Status hearing held on 12/6/2007. Government is given to 1/7/2008 to respond to defendant's motion [1] under 28 U.S.C. § 2255. Defendant's reply is due 2/7/2008. The Court will rule by mail. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.