## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR5.5, and the General Order on Electronic Filing (ECF), the following documents:

### GOVERNMENT'S RESPONSE TO DEFENDANT'S PRO SE MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. SECTION 2255

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on **Tuesday, January 22, 2008,** to the following non-ECF filer:

To:  Edward Lee Jackson, Jr.
     No. 07546-424
     Federal Correctional Institution
     P.O. Box 1000
     Cumberland, MD 21501-1000

                                        By:   /s/ Brian Patrick Netols
                                              **BRIAN PATRICK NETOLS**
                                              Assistant United States Attorney
                                              219 South Dearborn Street, 5th Floor
                                              Chicago, Illinois 60604
                                              (312) 353-4128