UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | NO.  07 C 6409 |
| v. | ) | (96 CR 815) |
| | ) | |
| EDWARD LEE JACKSON | ) | Hon. Charles R. Kocoras |
| | ) | Judge |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE**
*INSTANTER*  **RESPONSE TO EDWARD LEE JACKSON'S 2255 PETITION**

Now comes the United States of America, through its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, and respectfully moves for leave to file *instanter* the government's response to the Section 2255 Petition of Edward Lee Jackson.

This response was due on January 7, 2008. The under-signed ausa had set aside the two holiday weeks in which to prepare this and two other Section 2255 responses. The undersigned ausa was ill and out of the office for an extended period of time, including the two holiday weeks, and unable to prepare this response.

Wherefore the United States of America respectfully requests leave to file *instanter* the government's response to the Section 2255 Petition of Edward Lee Jackson.

                                  Respectfully Submitted,
                                  **PATRICK J. FITZGERALD**
                                  United States Attorney

JANUARY 22, 2008         By:   _____
                                  **BRIAN PATRICK NETOLS**
                                  Assistant U.S. Attorney
                                   312-353-4128