## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P.5, LR5.5, and the General Order on Electronic Filing (ECF), the following documents:

**GOVERNMENT'S MOTION FOR LEAVE TO FILE *INSTANTER*  
RESPONSE TO EDWARD LEE JACKSON'S 2255 PETITION**

were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first-class mail on **Tuesday, January 22, 2008,** to the following non-ECF filer:

To:    Edward Lee Jackson, Jr.  
        No. 07546-424  
        Federal Correctional Institution  
        P.O. Box 1000  
        Cumberland, MD 21501-1000

                                              By:    /s/ Brian Patrick Netols  
                                                      **BRIAN PATRICK NETOLS**  
                                                        Assistant United States Attorney  
                                                       219 South Dearborn Street, 5th Floor  
                                                     Chicago, Illinois 60604  
                                                     (312) 353-4128