UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO.  07 C 6409 |
| | ) | Judge Charles P. Kocoras |
| EDWARD LEE JACKSON, JR. | ) | |

**NOTICE OF MOTION**

TO:   Edward Lee Jackson, Jr.
No.  07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

**PLEASE TAKE NOTICE** that on **Tuesday, January 29, 2008, at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I will appear before **Judge Charles P. Kocoras**, in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other who may be sitting in his place and then and there present:

**GOVERNMENT'S MOTION FOR LEAVE TO FILE *INSTANTER*
RESPONSE TO EDWARD LEE JACKSON'S 2255 PETITION**

in the above captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

**PATRICK J. FITZGERALD**
United States Attorney

By:   /s/Brian Patrick Netols
**BRIAN PATRICK NETOLS**
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 353-4128

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED R. CIV. P. 5, LR5.5, and the General Order on Electronic Filing (ECF), the following document:

**NOTICE OF MOTION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on **Tuesday, January 22, 2008,** to the following non-ECF filer:

To:    Edward Lee Jackson, Jr.
        No. 07546-424
        Federal Correctional Institution
        P.O. Box 1000
        Cumberland, MD 21501-1000

                      By:    /s/Brian Patrick Netols
                              **BRIAN PATRICK NETOLS**
                              Assistant United States Attorney
                              219 South Dearborn Street, 5th Floor
                              Chicago, Illinois 60604
                              (312) 353-4128