# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

United States of America
                    Plaintiff,

v.                                      Case No.: 1:07−cv−06409
                                        Honorable Charles P. Kocoras

Edward Lee Jackson Jr
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 28, 2008:

MINUTE entry before Judge Charles P. Kocoras :Government's motion [8] for leave to file instanter response to Edward Lee Jackson's 2255 Petition is granted. Hearing on said motion for leave to file instanter, set for 1/29/2008, is stricken. Defendant's reply is due 2/29/2008. The Court will rule by mail. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.