```
              Edward Lee Jackson, Jr.
                Reg. No. 07546-424
             Federal Correctional Institution
                   P.O. Box 1000
            Cumberland, Maryland 21501-1000
```

February 28, 2008

Office of the Clerk
United States District Court
Northern District of Illinois
219 Dearborn Street
Chicago, IL 60604

```
                                    F I L E D

                                    MAR   4 2008 mβ
                                    Mar 4 2008
                                    MICHAEL W. DOBBINS
                                    CLERK, U.S. DISTRICT COURT
```

RE:  U.S. v. Jackson, No. 1:07-cv-06409

Dear Sir/Madam:

    Please find enclosed two proposed orders pertaining to the I mailed/filed with the Court on February 26, 2008, which requested entry of an order staying proceedings in the above referenced case, or alternatively, an enlargement of time to file a memorandum of law in reply to the Government's Response to my pending motion to vacate sentence under 28 USC § 2255.

    Please file the orders with the relevant motion.  Thank you for your attention and cooperation in this regard.

                                                       Very truly,

                                                       */s/ Edward Lee Jackson*

                                                      Edward Lee Jackson, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
MAR 4 2008
Mar 4, 2008
MICHAEL W. ___
CLERK, U.S. DISTRICT ___

UNITED STATES OF AMERICA, )
)
    Respondent-Plaintiff, )
)
-vs- ) Civil No. 1:07-cv-06409
) (Crim. No. 96-cr-815)
EDWARD LEE JACKSON, JR., ) Judge Charles P. Kocoras
)
    Petitioner-Defendant. )

## O R D E R

A motion having been made by the Petitioner herein, Edward Lee Jackson, Jr., for an order granting an enlargement of time in which to file a memorandum of law in reply to the Government's Response to Defendant's Pro Se Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 USC § 2255.

Having duly considered Petitioner's motion, any opposition thereto, and the records of the case, and it appearing that the Petitioner's request for enlargement of time is reasonable, it is hereby

**ORDERED** that Petitioner's motion for enlargement of time be and is granted; and it is further

**ORDERED** that Petitioner is given until March 31, 2008, to file a memorandum of law in reply to the Government's response to the motion to vacate sentence.

Entered this \_\_\_\_ day of _____, 2008.

_____
United States District Judge

Copies to:

Edward Lee Jackson, Jr.
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501

Brian Netols
Assistant U.S. Attorney
219 Dearborn Street
Chicago, IL 60604