**FILED**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAR 2 8 2008
Mar 28, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA,           )
                                    )
       Plaintiff-Respondent,        )
                                    )
   -vs-                             )   Case No. 1:07-cv-06409
                                    )   (Crim. No. 96-cr-815-1)
EDWARD L. JACKSON, JR.,             )
                                    )
       Defendant-Petitioner.        )

SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY/
MEMORANDUM OF LAW TRAVERSING THE GOVERNMENT'S RESPONSE
TO DEFENDANT'S MOTION TO VACATE, SET ASIDE OR CORRECT
SENTENCE PURSUANT TO 28 U.S.C. § 2255

   The Petitioner-Defendant herein, Edward Lee Jackson, Jr.,
pro se, hereby respectfully moves the Honorable Court for an
enlargement of time of ten (10) days, up to and including April
14, 2008, in which to file a memorandum of law in reply to the
Government's Response to Defendant's Pro Se Motion to Vacate,
Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 ("Govern-
ment's Response"). In support of granting the instant motion,
Petitioner states to the Court the following:

   1.   This is Petitioner's second request for an enlargement
of time to reply to the Government's Response.

   2.   Petitioner's reply to the Government's Response is
presently due on or before March 31, 2008.

   3.   Contemporaneous with the first request for enlargement
of time, Petitioner, and the inmate law clerk upon whom he depends

for assistance, established a schedule for legal research and document preparation which, it was believed, would permit the completion of a reasonably competent reply, by March 31, 2008, to the several arguments advanced in the Government's Response as grounds for denying Petitioner's § 2255 motion.

4. On March 19, 2008, the entire inmate population of the Federal Correctional Institution, Cumberland, MD, where Petitioner is incarcerated was placed in lockdown status - i.e., confined to cells around the clock - following several incidents of inmate violence.

5. Beginning March 19, 2008, and continuing until March 24, 2008, the operating schedule of the FCI Cumberland inmate law library was suspended in consequence of the "lockdown" mentioned above, and progress toward completion of Petitioner's reply to the Government's Response was thereby interrupted/foreclosed.

6. Also in consequence of the events that preciptated the aforementioned lockdown, a shakedown/search was conducted by corrections officers, during which some legal research notes and document draft pages for Petitioner's reply to the Government's Response were lost or destroyed.

7. Granting the enlargement of time requested in this motion will afford Petitioner an equitable remedy for the Government's interference described above, with his ability to file a meaningful reply to the Government's Response within the previously set deadline.

WHEREFORE, Petitioner respectfully requests the Court to grant the instant motion and enter an order providing that Petitioner may file his reply to the Government's Response on or before April 14, 2008.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the statements in the foregoing motion for enlargement of time are true and correct to the best of my knowledge, information and belief.

Respectfully submitted,

March 24, 2008

*Edward Lee Jackson Jr.*
Edward Lee Jackson, Jr.
Reg. No. 07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21501-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2008, I caused a true copy of the foregoing, Motion for Enlargement of Time, to be served on the attorneys for the Plaintiff-Respondent, by depositing same in a receptacle for outgoing prisoner mail, with first class postage prepaid and addressed to:

Brian Netols
Assistant U.S. Attorney
219 Dearborn Street
Chicago, IL 60604

*Edward Lee Jackson Jr.*
Edward Lee Jackson, Jr.

-3-

CERTIFICATE OF MAILING

I hereby certify that on this 24th day of March, 2008, I deposited the foregoing Motion for Enlargement of Time in a receptacle provided by the Bureau of Prisons, FCI Cumberland, for outgoing prisoner mail, with first class postage prepaid and addressed to:

> Office of the Clerk
> United States Disrict Court
> Northern District of Illinois
> 219 South Dearborn Street
> Chicago, IL 60604

Accordingly, pursuant to Rule 3(d) of the Rules Governing Section 2255 Proceedings For The United States District Courts, the aforesaid motion is deemed filed with the Court on the date noted above. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury the foregoing statements are true and correct.

                                                      */s/ Edward Lee Jackson, Jr.*
                                                      Edward Lee Jackson, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,           )
                                    )
          Respondent,               )
                                    )
     -vs-                           )   Case No. 1:07-cv-06409
                                    )
EDWARD LEE JACKSON, JR.,            )
                                    )
          Petitioner.               )

ORDER

Upon consideration of the Petitioner's Second Motion for Enlargement of Time to File a Reply/Memorandum of Law Traversing the Government's Response to Defendant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255, and the entire record herein, it is hereby

ORDERED that the motion is **GRANTED**, and it is further

ORDERED that the Petitioner may file a reply to the Government's Response on or before April 14, 2008.

Entered this ____ day of _____, 2008.

                              _____
                              Charles R. Kocoras
                              United States District Judge