**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United States of America

                  Plaintiff,

v.                                              Case No.: 1:07−cv−06409
                                                     Honorable Charles P. Kocoras

Edward Lee Jackson Jr

                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Charles P. Kocoras:Pending before the court is the motion of Edward Jackson for relief under 28 U.S.C. § 2255. On January 28, 2008, we granted the government's motion to file a response to the motion instanter. Jackson has since filed a motion requesting a judgment in his favor based on the government's tardy response; a motion to alter or amend our January 28 order, filed twice; and three motions to extend the previously set date of February 29 for Jackson to file his reply. The motion for judgment [11] and the motion to alter or amend our prior order [13][14] are denied. The first two motions for an extension of time in which to file a reply [12][16] are denied as moot, since the dates requested within them have already passed. The last motion for an extension [18] is granted. Jackson's reply is due 4/21/2008. No further extensions. The court will rule by mail. Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.