

Edward Lee Jackson, Jr.
Reg. No. 07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501-1000


April 22, 2008

**FILED**

APR 1 9 2008 *aeur*
*APR 29 2008*
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

Office of the Clerk
United States District Court
Prisoner Correspondence
219 South Dearborn Street
Chicago, Illinois 60604

RE:  U.S. v. Jackson 1:07-cv-06409

Dear Sir/Madam:

    On April 21, 2008, I mailed to the Court a <u>Memorandum</u> <u>of Points and Authorities.</u>  I did so amidst some confusion and consternation.  In the process, I failed to enclose a number of <u>Exhibits</u> that should be annexed.

    Those <u>Exhibits</u> are enclosed herewith.  I request that you file them <u>with the Memorandum.</u>

    Thank you.


Very truly,

*Edward L. Jackson*
Edward Lee Jackson, Jr.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

EXHIBIT ONE

RECEIVED

OCT 05 1999

MICHAEL W. [illegible] CLERK
UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| plaintiff | ) | Judge Ann C. Williams |
| - V - | ) | Case Number 96 Cr 815 |
| EDWARD LEE JACKSON JR | ) | |
| defendant | ) | |

## Affidavit Of ML Moore

ML Moore being duly sworn on oath states, deposes, and says the following facts.

1. That on March 13, 1996 he never discussed planning, executing, or furthering any robbery, extortion or attempts to commit either regarding a March 13, 1996 incident with Edward Jackson Jr.

2. That the following day March 14, 1996 he recalls Edward Jackson Jr relating to him a conversation which an informant called " Boogie " had with Edward Jackson Jr.

3. That at no time did Edward Jackson Jr discuss dividing or being paid any money with him from this March 13, 1996 incident either for Edward Jackson Jr or Myron Robinson a.k.a " Boogie ".

4. That neither before or after the March 13, 1996 incident was there ever a discussion regarding conspiring to commit criminal activity in relationship to the March 13, 1996 incident  between he and Edward Jackson Jr.

5. That he has not been threatened or offered anything and this statement is entirely voluntary.

Subscribed and sworn to this _25_ day of _Sept._ 1999

I Declare under penalty of perjury that this statement is
true and correct.         _M. L. Moore_

ML Moore

_Art Wilson_

ARTHUR WILSON, CASE MANAGER
AUTHORIZED BY ACT OF 7-7-55,
AS AMENDED TO ADMINISTER OATHS
(18USC 4004)

**EXHIBIT TWO**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

JUL 1 0 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | CASE NO. 96-CR-815 |
|  | ) | |
|  | ) | Judge Ann Claire Williams |
| EDWARD LEE JACKSON JR., | ) | |
| Defendant. | ) | |

STATE OF ILLINOIS )
                  )  SS        A F F I D A V I T
COOK COUNTY       )

   I, Charles Vaughn, do solomnly swear under the penalty of perjury to the true facts contained herein this affidavit.

1.   At no time was Edward Lee Jackson Jr, aka Pacman, ever involved in the planning, execution of or directing of myself or any individuals involved in a December 8, 1995 robbery.

2.   I informed authorities that Myron Robinson had planned and directed this robbery and had lied by falsely implicating Edward Lee Jackson Jr. and Chicago Police Officer Lennon Shields in the robbery.

3.   There were no Chicago Police or any other law enforcement officers involved in the robbery.

4.   Authorities that interviewed me regarding the December 8, 1995 robbery attempted to coerce me into falsely implicating Edward Lee Jackson Jr, in this robbery.

5.   I informed attorney Joan Hill McClain that I would testify to all of the contents contained in this affidavit during any trial or hearing, in advance of trial in this matter.

6.   I have not been threatened, coerced or offered anything to give this statement, it is entirely free and voluntary and it is the truth.

Subscribed and sworn to
this 13 day of
July, 2000.

_____
Charles Vaughn, Affiant
MCC-Chicago-Unit 21
71 W. Van Buren St.
Chicago, Illinois. 60605

EXHIBIT THREE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

RECEIVED

SEP 29 1999

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

UNITED STATES OF AMERICA            )
                    plaintiff       )    Judge Ann C. Williams
        - V -                       )
Edward Lee Jackson Jr               )
                    defendant       )    Case No. 96 Cr 815

Affadavit Of Micheall Hunt

Micheal Hunt being duly sworn on oath deposes and states the following fa

i). that on october 20 & 21 of 1996 he was the owner and driver of a maroor
    1988 chevrolet van which was parked in front of 3126 W. arthington plat
    number CTC 545 Illinois, with a vin number of 1gbdmi5z4jbi29422.

2). that on these dates he never transported nor spoke with anyone located
    3126 w. arthington to either the " clique night club " or to " laflin
    Taylor streets ", nor did he travel to either of these locations at any

3). that on these dates he was never stopped, pulled over or spoken to by E
    Lee Jackson Jr nor any other law enforcement official, nor has Edward L
    Jackson Jr ever attempted to rob, extort, or bribe him of " anything ".

4). that he has known Edward Lee Jackson Jr for approximately 23 years.

5). that he is gainfully employed and has never been involved with narcotics
    or street gangs .

6). that he does not know individuals name "snow" or "Kerry" .

7). that he has not been offered or promised anything or threatened  to make
    this statement , that the statement  is entirely voluntary.

subscribed and sworn this ___13th___ day of January 1999

Subscribed and sworn to before me
this __13th__ day of _Jan_ 1999
at Chicago, County of Cook, State of Illinois.

Notary Public _____    _____

I declare under penalty of per
to the facts contained within
statement .  _____
             Micheal Hunt
             3139 W. arth-

Case 1:07-cv-06409   Document 2   Filed 09/29/2008   Page 5 of 35

EXHIBIT FOUR

RECEIVED

United States of America )
                    Plaintiff )
                             )
                             )
                             )
                             )
              vs.            )   Case # 96 CR 815
                             )   Judge Ann C. Williams
                             )
Edward Lee Jackson, Jr.      )
              Defendant       )
                             )
                             )

SEP 30 1999

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

## AFFIDAVIT

I Larae Bailey, Swear under Penalty of Perjury, to the True Facts contained within this document:

1. My testimony at the Grand Jury in this case was not true.

2. The Police Officers/agents involved in this matter, threatened to indict me and coerced my testimony and coached me what to lie about.

3. Edward Jackson, Jr. and Cornelius Tripp have never given me any drugs.

4. I have never engaged in any type of criminal activity with Edward Jackson, Jr., Terry Young or Cornelius Tripp. Nor have I assisted in the planning of criminal activity.

5. My relationship with Edward Jackson, Jr., Cornelius Tripp and Terry Young - was purely business, with limited social interaction.

6. When I was engaged in a conversation with Edward Jackson, Jr. on July 4, 1996, I explained to the Government that I understood vitamins to mean, Barbeque & that when I used the word whoppies, I meant Barbeque - but the police officers/agents forced me to lie and interpret the meaning to be a criminal conversation.

7. I am coming forward, telling the truth now, because I don't want any innocent person(s) convicted of any crimes which did not occur, that someone else has lied about.  No person has threatened or coerced me, this statement is given entirely voluntarily.

Subscribed and Sworn to this ___24___ day of __July__, 1999.

_Larae Bailey_
Larae Bailey



EXHIBIT FIVE

EXHIBIT  C

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE THE APPLICATION OF          )
THE UNITED STATES OF AMERICA      )
FOR AN ORDER AUTHORIZING          )
THE INTERCEPTION OF               )          94 GJ 932
WIRE COMMUNICATIONS TO AND FROM   )
TELEPHONES ASSIGNED NUMBERS (312) )
826-0334, 722-8270, AND 722-8384, )
AND OF ELECTRONIC COMMUNICATIONS  )
TO DIGITAL PAGING DEVICES ASSIGNED)
NUMBERS (312) 707-7316, 657-6703, )
712-4156, 837-3393 AND 979-5272   )          UNDER SEAL

*June 96*

## AFFIDAVIT IN SUPPORT OF APPLICATION

### INTRODUCTION

I, JOSEPH MARK KARMIK, Special Agent of the FEDERAL BUREAU OF INVESTIGATION (FBI), United States Department of Justice, having been duly sworn, state:

1. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510 (7) of Title 18, USC, that is, an officer of the United States who is empowered by law to conduct investigations of or to make arrests for offenses enumerated in Section 2516 of Title 18, USC. I am a Special Agent of the FBI and have been so employed for approximately nine and one half years.  I have been assigned to the Chicago Division for approximately five months.  During the past nine years while assigned to the Houston Division, I have conducted investigations involving police corruption, organized crime and narcotics.  I have received specialized training in corruption matters and narcotics and dangerous drug investigations while employed as a Special Agent.  The experience has afforded me the opportunity to observe

1

and once for manufacture or delivery of a controlled substance in 1989. McBeth's NCIC record indicates that he is a known Traveling Vice Lords gang member with the street name "Killer." During a Task Force surveillance on January 11, 1996, McBeth was observed in the company of 15th District CPO Edward Lee Jackson, Jr.

m. Ronnicia Blue resides at 4840 W. Adams, Chicago, to which telephone number (312) 287-3870 is assigned. As set forth in greater detail below, a woman believed by the affiant to be Blue has identified herself as "Pac's girlfriend," and was involved in the undercover rip-off which occurred on May 2, 1996.

### UNDERCOVER OPERATION

13.   From December 1995, through May 1996, the FBI, in conjunction with CPD-IAD, has conducted four undercover operations in which confidential sources (CS) contacted Chicago Police Officers and set up undercover agents posing as drug dealers to be ripped-off by Chicago Police Officers. CPO Edward Lee Jackson, Jr., CPO Lennon Shields, CPO M.L. Moore, CPO James P. Young, CPO Cornelius Tripp, and Charles Vaughan were all directly involved in committing one or more of these rip-offs of undercover agents. CPO Herbert C. Booker, Jr., was contacted by CPO Jackson during a discussion concerning the proceeds from one of the rip-offs. The details of each of the four undercover rip-offs are set forth below.

### UNDERCOVER RIP-OFF ONE

14. On December 7, 1995, at approximately 12:15 p.m., CS #1, at the direction of the FBI, paged CPO Jackson at pager number

11

(312) 820-3341.  Shortly thereafter, CPO Jackson called CS #1 and, in a consensually monitored telephone conversation, CS #1 told CPO Jackson that an out of town drug dealer and his courier girlfriend came to Chicago to purchase drugs.[4]  CPO Jackson planned to confront the courier while she met with CS #1 near Bloomingdale and Menard Streets in Chicago.  (Unbeknownst to CPO Jackson, the courier was an Undercover Agent (UCA))  During the conversation, CS #1 compared the rip-off plan to a previous rip-off of an individual nicknamed "Bay-June" and CPO Jackson agreed. Gang Crimes Specialist Grapenthien advised that gang members stole about two (2) kilos of cocaine from Frankie Jackson, aka Bay-June in mid October 1995.

15.  Later on December 7, 1995, CS #1, under the direction of the FBI, again paged CPO Jackson at pager number (312) 820-3341. Shortly thereafter, CPO Jackson called CS #1 and, in a consensually monitored telephone conversation, they again discussed when CPO Jackson could rip-off the drug courier (UCA).   During the conversation, CPO Jackson advised that he would get a crew together and that the rip-off could be done today, tomorrow (December 8) or Saturday (December 9).   Pen Register records indicate that on December 7, 1995, at 8:08 p.m., 8:10 p.m., 8:19 p.m., and 8:49 p.m., calls were made from CPO Jackson's cellular telephone number (312) 505-0724,  ESN 876C1FB7 to CS #1's residence.   These calls

---

[4] According to CS #1, CS #1 was able to set up the rip-offs of the undercover agents by CPO Jackson and other CPOs because CS #1 had, prior to his cooperation with the FBI, set up actual rip-offs of drug dealers by CPO Jackson other CPOs. See paragraph 35.

were consensually monitored and the conversations included some additional planning for the rip-off of the drug courier (UCA).

16. On December 8, 1995, CS #1, advised that he/she and CPO Jackson met for forty-five minutes in a white Mercury Sable and planned how CPO Jackson would rip-off CS #1 and the courier (UCA) later that afternoon. Also present during this meeting was CPO Shields. CS #1 and CPOs Jackson and Shields then met an unidentified woman at a laundromat at Pulaski and Augusta Streets, who provided CPO Jackson with a dark blue or black colored Chevrolet automobile. CPO Jackson instructed CS #1 to meet with the courier (UCA) and to turn his/her hat around as a signal when CS #1 was certain that the courier had the money.

17. On December 8, 1995, an FBI and CPD-IAD surveillance team observed CS #1 and the courier (UCA) as they sat inside the UCA's car parked near Menard on Bloomingdale on Chicago's west side. Surveillance observed CPOs Jackson and Shields in the unmarked dark colored Chevrolet with CPO Jackson behind the wheel. When the Chevrolet was observed on Bloomingdale, CS #1 turned his/her hat around to signal that the UCA had the money. The Chevrolet, bearing Illinois license E33109, was observed to pull up behind the UCA's car. Shields then exited the passenger's side of the Chevrolet and proceeded to pull CS #1 out of the UCA's vehicle. Shields was not in uniform. CPO Jackson, also not in uniform, stayed in the car. Surveillance next observed Charles Vaughan, who according to CS #1 is a known Conservative Vice Lords gang member

13

and CS #1's cousin,[5] pull up in front of the UCA's vehicle in the same white Mercury Sable in which CS #1 and CPO Jackson had previously met. Vaughan, who is not a police officer, approached the UCA's vehicle, pulled the UCA out, and placed the UCA in a prone position on the ground. CPO Shields then stole thirty-two hundred dollars ($3,200) from the UCA. CPOs Jackson and Shields and Vaughan then departed the area. An Illinois Motor Vehicle Division computerized records search revealed that Illinois license plate E33109 was actually issued to a 1990 Cadillac, owner Tawana T. Epruill, 1706 N. Luna, Chicago, Illinois.

18. The UCA advised that during the above described theft, CPO Shields yelled back toward the Chevrolet and addressed CPO Jackson as "Pacman."

19. On December 8, 1995, at approximately 7 p.m., CS #1 travelled to Charles Vaughan's Aunt's home at 3957 W. Thomas, Chicago. On the way, CS #1 saw the dark colored Chevrolet used in the above described theft parked at CPO Jackson's residence, 3117 West Lexington Avenue, Chicago. CS #1 then met with Vaughan at 3957 W. Thomas, Chicago. Vaughan gave CS #1 one hundred dollars; eight ten dollar bills and one twenty dollar bill which Vaughan stated was money taken from the courier (UCA) in the rip-off. Vaughan told CS #1 that CPO Shields gave him nine hundred dollars of the stolen money and kept the rest.

---

[5] CS #1 was aware that Vaughan was a Vice Lord and an associate of CPO Jackson, but did not know of Vaughan's involvement in this rip-off until that day.

20. On December 8, 1995, at approximately 8:40 p.m., CS #1 provided Special Agent R. Lee Walters with the eight ten dollar bills and one twenty dollar bill given to CS #1 by Charles Vaughan. A review of the serial numbers of these bills identified all eight of the ten dollar bills as bills which made up the thirty-two hundred dollars ($3200) stolen from the UCA earlier that day.

### UNDERCOVER RIP-OFF TWO

21. On March 13, 1996, at approximately 8:18 p.m., CS #1, at the direction of the FBI and in the presence of the UCA, paged CPO Jackson at (312) 707-7316 using the UCA's cellular telephone.[6] CPO Jackson returned the page approximately two minutes later. CS #1 advised CPO Jackson that CS #1 was with a big time drug dealer (UCA) who was carrying a large amount of cash, and that they were going to stop at Uncle Remus' Chicken Shack on Madison at Central in Chicago. CPO Jackson instructed CS #1 to page him again when they were at that location. At approximately 8:40 p.m., an FBI and CPD-IAD surveillance observed CS #1 and the UCA arrive at Uncle Remus' Chicken Shack, 5615 W. Madison, Chicago, Illinois. CS #1 again paged CPO Jackson at (312) 707-7316. Approximately two minutes later, CPO Jackson returned the page. CS #1 told CPO Jackson that they were at Uncle Remus' Chicken Shack and gave him a description of the UCA's vehicle. CPO Jackson said that he was on his way. Approximately ten minutes later, CPOs Moore and Shields arrived and approached the UCA's vehicle. CPOs Moore and

---

[6] On January 5, 1996, CS #1 advised that CPO Jackson had recently lost his (CPO Jackson's) digital pager and had obtained a new one, pager number (312) 707-7316.

15

EXHIBIT SIX

OICE

Weeks of February 25 & March 11, 199_

96CR815

*" ...man is not where
...t and convenience, but
where he stands at times of challenge and controversy."*
Martin Luther King, Jr.

# WEST SIDE VOICES

RECEIVED
SEP 29 1999
MICHAEL W. DOBBINS
UNITED STATES CLERK
DISTRICT COURT

## Indicted Cop Speaks Out

Hello, my name is Gregory Crittleton. I am a 32 year-old African American employed by the City of Chicago as a Chicago Police Officer. Within the last 2 years, I became a police officer, made my vows of marriage, and became a father for the first time.

On December 20, 1996, I along with six other Chicago Police Officers, were arrested by the F.B.I. and charged with conspiracy, robbery, and extortion. The charges facing my co-defendants and I are nothing less than compounded rhetoric and propaganda perpetuated by the F.B.I. and the U.S. Attorneys' Office. Since my incarceration, the F.B.I. has exercised an all out media blitz. In my opinion, this outrageous manipulation of the media has degraded the possibility of each officer to receive a fair and impartial trial in this area. Five of the officers were denied bond. Myself and another officer were given a chance to make bond. But, every time an attempt is made to get bond, no matter how many properties are presented to the Magistrate, it has not been enough.

Furthermore, I am irate with the lack of community support from the Austin area (west-side of Chicago) towards the 7 Chicago Police Officers. Where is the outcry from the citizens and residents of the Chicago area? I am very much aware that we live in a vindictive environment filled with corruption and elitism. The seven Austin District Officers charged are young,

black, and experienced with the exception of one hispanic officer.

Please allow me to give my personal history with the Chicago Police Department. I entered the Police Academy on January 3, 1995 and graduated on June 13, 1995. Immediately upon graduating, I was assigned to the 15th District (or Austin District). In October of 1995, my partner and I were approached and eventually recruited to the civilian dressed gang-tactical team, by the former commander, Leroy O'Shield. After only a mere six months on the street, my partner and I flourished as undercover rookie police officers, where we have received numerous honorable mentions. I, along with other officers were trained as fellow decoys in covert sting operations.

I have now lost all trust in the Federal Government's Justice Departments. Due in part to the fact that I along with my co-defendants have witnessed unspeakable acts of "Violation of Police Power" by these departments. These acts include evidence manufacturing and tampering, witness tampering, perjury by F.B.I. agents, threats by the F.B.I. as well as by the U.S. Attorney's office, attempted to obtain guilty pleas, and harassment of private citizens.

The Metropolitan Correctional Center (M.C.C.) in conjunction with the U.S. Attorney's office have gone on a indictive tirade. There has been threats and actual denial of regularly scheduled showers, relinquishing of our

toothbrushes, and canceling of visits (attorneys' as well as family).

Listed below are some of the names of the co-conspirators involved with various situations stated above:

Brian Nettolsi
Assistant U.S. Attorney
___ Walters
Special Agent, F.B.I.
Thaddeus Butts
Agent, F.B.I
Sgt. Jackson
Internal Affairs, C.P.D.
Joseph Ehart
Internal Affairs, C.P.D.
Ken Hyle
Attorney-Advisor, M.C.C.

At this time I'm experiencing guilty until proven innocent. All I'm seeking is fair media coverage and for citizens, especially those in the Austin Community to hear both sides. This is necessary to preserve in our justice system the concept of "innocent until proven guilty."

Sincerely,
*Gregory S. Crittleton*
1418 N. Latrobe Ave.

## OPS & IAD COMING TO AUSTIN FOR SPECIAL CAPS MEETING MARCH 20

A special Community Policing meeting will be held Thursday, March 20, 6:00 PM, at Loretto Hospital, 6th floor auditorium. This district-wide meeting will feature representatives of the Office of Professional Standards and Chicago Police Dept. Internal Affairs Division. Both units have come under intense criticism recently in the wake of the police corruption scandal that exploded in Austin's 15th district.

Citizens are reporting that OPS and IAD are routinely ignoring reports of police misconduct and refusing to discipline officers involved in corruption

IN THE

NORTHERN DISTRICT of ILLINOIS

EASTERN Division

EXHIBIT SEVEN

RECEIVED

MAR 25 1999

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

united States of America )
                plaintiff )    Judge Ann C. Williams
        - V - )
Edward Lee Jackson Jr )    Case number 96 CR 815
            defendant )

## Affidavit

1. That during his First attorney visit with his prior Attorney Joan Hill McClain he inform Joan Hill McClain to Request an Evidentiary hearing Regarding a Robbery on 12-8-95 That defendant was being framed for.

2. That he inform attorney McClain to Secure a Sworn affidavit from his Co-defendant Charles Vaughn because Charles Vaughn had Related to him that members of the prosecuti team had violated title 18 usc 1512 (b)(1) by attempting to have Charles Vaughn lie for me defendant Regarding the 12-8-95 fake Robbery.

3. That he inform attorney McClain that Since it was "very obvious" that the Governm had used false evidence to Secure an indictment to Wards defendant to file a motio with the Court moving for dismissal of Said indictment before the government could clear

4. That he inform his attorney to Secure a Sworn affidavit from Lennon Shields his Co-de because Lennon Shields Related to defendant that he was being pressured to implicate de in a 3-13-96 charge even though he made the government aware defendant wasn't involv

5. That he inform his attorney to motion to the Court for an evidentiary hearing Regarding the Conduct of prosecutor Brian netols and FBI Special agent R. Lee Walters at defend 12-23-96 Bond Hearing in which prosecutor netols intentionally and knowingly violated defendants due process at Said Bond hearing by introducing false evidence and then directing Walters to misRepresent his testimony before Magistrate Judge Pallmeyer by lying in Regards to weapons Recovered from defendants Residence, and lying in Regards to intentionally misidentifying defendant in a "gang obituary". in that both were aware that Said weapons were properly Purchased by the defendant and that the Person walkers misidentified as defendant did not Remotely Resemble defendant. These actions Constituted Perjury and Subornatio

Pg. 2

6. That he inform attorney McClain that Since Myron Robinson had lied towards defenda that according to federal law, this was basis to Challenge the Government's Consensual Recordings against defendant Since Myron Robinson had knowingly and intentionally commi a criminal act against defendant who is a Citizen of the united states. and that She SHould file a motion Regarding this issue before the Court.

7. That he inform his attorney at the time McClain to file a motion before the Court Reg tape Recordings which defendant Contends were tampered with.

8. That he Requested his attorney McClain to Secure a Sworn affidavit from his co-defen Gregory Crittleton Regarding a newspaper article which Crittleton Caused to be filed in the Au voice newspaper to ascertain exactly what the government was attempting to have him lie a

9. That he inform attorney McClain to tender to him Copies of any and all discovery material motions filed on his behalf and which the government filed against defendant.

10. That he inform attorney McClain to Secure a sworn affidavit from william Heard after Heard had written defendant letters Stating that the Prosecutors were directing him to lie torwards defendant at a federal grand Jury.

11. That he gave attorney McClain a list of Potential witnesses for the defense to tender to the Court months in advance of trial.

12. That he Requested that attorney McClain file a motion with the Court months in advance of trial making the Court aware of numerous tape Recordings that defendant planned on using to collaborate defendants testimony and to Rebutt Specific testimony that the government offered as crimes as well as the accompanying transcripts of Said tape Recordings.

13. That before the Start of trial He inform attorney McClain not to Stipulate to any matter which affects defendant in Cases 96 CR 815 and 97 CR 63.

14. That he inform attorney McClain to Subpoena the Chicago police Department to Secure Repor which would prove to the Government that the Rock N Roll Medonald's and maffi Inciden were not true

15. That he inform attorney McClain to Secure Sworn affidavits from the attorneys of Billy Cor

pg.3

16. That he inform attorney McClain to file an interlocutory appeal Regarding the counts as Related to the 12-8-95 incident, and the tape Recordings defendant Sought to admit into evidence for his defense. or to file a proper motion before the court to reconsider it's ru...

17. That during and after trial he inform attorney McClain of numerous instances of false testimony which was material to "Specific changes" against defendant by witnesses Cornelius tripp, Anthony Buchanan, victor younger, Mark clennons, Dale willis, Tekeitha Brown, and Micheal Green while Requesting that attorney McClain procure the proper documents to prove that these witnesses each lied about matters affecting "Specific changes" against defendant.

18. That he inform attorney McClain that numerous witnesses in the Caphaud case were complaining that the government had forced, threatened and coerced them to give false test... and/or making false statements as Related to "Specific changes" against defendant.

19. That he inform attorney McClain that Myron Robinson was causing messages to be communicated to defendant that he wanted to tell the truth about the "bag of money" he left the police station with on 5-2-96 as well as the lies he told about defendant Robbing him and his life being in danger.

20. That he inform attorney McClain of the purported victim of the "LAFlin incident" wanting to give a sworn Statement that this incident never occurred.

21. That he had informed attorney McClain to make him aware how the government was interpret... taped conversations She was captured on with his codefendant Terry fung.

22. That after his conviction defendant was given evidence from his codefendents in case 97 c263 that the chief Judge had issued an order allowing the government to conduct a "Special interception plan" against attorney McClain as Related to an investigation Regard... the obstruction of Justice in a State double Homicide case (see 97c263 file II applied...

23. For Reasons known only to her Attorney McClain failed/Declined to accomplish any of these re... from defendant.

Pg. 4

24. That during trial in the Captioned Case he had to Continuously ask attorney McClain to make objections and point out conflicting testimonies of various govern witnesses Culminating in the day he testify when attorney McClain failed to ask him Certain Questions, and that at one point during Government witness Michael Green direct examination attorney McClain "blanked out" and was totally ineffective.

25. That he has made new counsel Jeff Levine aware of his prior Counsels ineffection and conflicts, and that he has given Jeff Levine affidavits related to the claims in affidavit, as well as names, addresses, and phone numbers to contact other witnesses a their information is needed to develop its record that certain "Specific charges" whi the government charged, tried, and Convicted him of never occurred and were false.

Subscribed and sworn to this 22nd day of March 1999

I Swear under Penalty of Perjury to each of the facts that I've listed which are Contained within this affidavit.

Edward Lee Jackson

Edward Lee Jackson Jr
REG Number 07546-424
MCC Chicago
71 W. VanBuren
Chicago, Illinois 60605

EXHIBIT EIGHT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN    DIVISION



UNITED STATES OF AMERICA )
                              )
            PLAINTIFF     )        JUDGE ANN C. WILLIAMS
                              )
        VS.                 )
                              )        CASE NUMBER  96 CR 815
EDWARD LEE JACKSON JR      )
                              )
            DEFENDANT    )

AFFIDAVIT

I AMBRONYSE ROSS DO SWEAR UNDER PENALTY OF PERJURY TO THE FACTS
WHICH ARE CONTAINED WITHIN THIS STATEMENT.

1. THAT DURING TRIAL IN THIS CASE I WAS ASSAULTED VERBALLY AND
   PHYSICALLY BY AGENTS IN THIS CASE.

2. DURING THE TIME OF THE ASSAULT I HAD TWO OF MY SMALL CHILDREN
   WITH ME.

3. I WAS PRESENT AT TRIAL TO OFFER SUPPORT TO EDWARD JACKSON JR
   AS WELL AS TO OFFER TESTIMONY THAT CHICAGO POLICE OFFICERS
   CAME TO MY HOME LOCATED AT 2721 W. POLK STREET CHICAGOI ILLINOIS
   AND  THREATENED ME TO LIE TOWARDS EDWARD JACKSON JR,TERRY YOUNG,
   AND OTHERS REGARDING OPERATION " FLYSWAT " AND " BROKEN STAR ".

4. NEITHER EDWARD JACKSON JR OR TERRY YOUNG HAVE EVER  BEEN
   INVOLVED WITH CRIMINAL ACTIVITY WITH ME AT ANY TIME,EVR.

5. I CAN IDENTIFY ONE OF THE OFFICERS WHO ATTEMPTED TO HAVE ME LIE
   TORWARDS EDWARD JACKSON JR,TERRY YOUNG AND OTHERS AS " CRONIN ".

6. AT NO TIMES HAVE I EVER BEEN THREATENED, OFFERED ANYTHING OF
   VALUE OR COERCED TO GIVE THIS STATEMENT, IT IS FREE OF ANY
   INFLUENCE.

SUBSCRIBED AND SWORN TO THIS **17** DAY OF _Demptember_ 1999.

_Ambronyse Ross_
AMBRONYSE  ROSS

PLACEd on Court file in Case number 96 CR 815

RECEIVED

MR. JEFF LEVINE, ATTORNEY AT LAW

MAR 3 1 1999

RE; United STATES -V- Edward Lee JACKSON Jr CASE NO. MICHAEL W. DOBBINS MARCH 28, 1999
CLERK, U.S. DISTRICT COURT.

DEAR SiR;                                    EXHIBIT NINE

During our Contact ATTorney meeting earlier in the month we discussed issues (1) that you would be preparing towards my appeal, what we discussed regarding no RACKeteering being established, (2) That "if anything" the Government Showed multiple Conspiracies, (3) The Government charged me with the wrong Statutes, These are very Good arguments in fact ATTorney STanley Hill Argued these issues vehemently on behalf of my Co-defend MR ML Moore and I was also inform that he filed these issues in post trial, I was of the belief that "we" adopted this argument so that I may Raise other appealable issues as I'm Sure your aware I won't be getting sentenced to a "Smack on the wrist". Basically what I'm stating is every erre that the Government committed towards me that I am aware of I am Requesting you to file a "Strong argument" on in my behalf, eventually all of the small errors add up to Just too much error. Here is a list of issues I'm aware of.

↓

(1) The testimony of Cornelius Tripp Regarding counts 7 & 8 has been proven to be Perjured

(2) The testimony of Micheal Green Regarding him Representing to the Jury that he was facing 15 years in Prison but he didn't know how much time he was facing is false and the Prosecuters knew it to be false when Green testified to this but they did nothing to correct it having been aware that Green already had a contract with the Government allowing him to be Released shortly after my trial. affecting counts 28 & 29

3) The REBuTTAl Argument of A.U.S.A BRIAn NETols when he knowingly and intentionally misstated to the Jury that "if I had tape Recordings to bolster my testimony I would have Played them" even though NETols previously had argued to Judge Ann Williams that the tape Recordings I sought to admit into evidence were not admissible.

1) A.U.S.A RYAn Stoll Closing argument was totally "calculated to prejudice me" when he vouched for the credibility of the Governments witnesses and called me a liar, he committed this clearly improper argument in the presence of Judge Williams and the Jury.

Pg 2

(5) The conflict of interest Regarding Attorney Jean Hill McClain which was at the very least a "Possible conflict" which The Prosecutors never had a hearing for before Judge Williams and to which I became aware of after conviction. (emphasis added)

(6) Attorney McClain's Ineffectiveness before, during, and after trial (emphasis added)

(7) The Jury Foreperson not being Stricken after admitting he did'nt like blacks or get along with blacks as a child.

(8) my Issue Regarding being denied Access to A law library with materials which prepare me for trial being locked in Solitary Confinement from December 20, 1996 until Presently

(9) Pre-trial media Productivce which was of the extreme nature (emphasis added)

(10) The fact that the Government had no preparing for two trials which were Scheduled to overlap (case 96cr815 & 97cr63)

(11) The "Confrontation clause" issue Regarding Myron Robinson & Eubene Shephard (12-8-95)

(12) Counts 14, 15, & 16 were Secured through Perjured testimony which the transcripts & the Tape Recordings as well as Grand Jury Statements prove to be false (trial transcripts)

(13) Counts 3 & 4 The Government offered no evidence that I engaged in any illegal Conduct association, knowledge and Presence during Conspiratorial Conversation by Myron Robinson is insuffic

(14) The only testimony Stating that there was a criminal action which took place on 11-24-96 was Cornelius Tripp . Counts 24, 25, 26 & 27

(15) There were no Alledged victims for the "Human incident" The Grand Jury testimony of Sheila Reed & Andre Stewert Stated no crime. Counts 28 & 29

(16) Anthony Buchanan lied Regarding the Steak & Egg incident, and the Government refused to interview witness who Contacted them Regarding Anthony Buchanan involvement in the kidnap Torture murder of Deborg Richardson. Counts 28 & 29

(17) Victor Younger lied Regarding his testimony Counts 28 & 29

(18) Tokeittha Brown & Sade willis both lied under oath Regarding their Respective testimonies

(19) The Government introduced a totally Seperate Conspiracy into case number 96 Cr 815 and tried me with Counts in this case that I Am also charged with in a Conspiracy in Case number 97 Cr 63

(20) The issue Regarding "key Government witnesses" testing Positive before & during trial ?

Page 3

(22) The Court not allowing the Jury to Read the narrative of a Chicago police Report field context card documenting the "Stop" of Myron Robinson & the Return of #log, which the Government alledges was Stolen — alibi instruction

(23) The court would not allow a bank withdrawal Statement to be view by Jury from 11/29/96 after the Government charge me with a Robbery for which an investigation was being Conducted

(24) The Government charged me for crimes for doing what the law plainly allows me to do as a Police officer.

(25) Throughout The trial The Government continuously used "other crimes" Evidence to demonstrate a propensity to committ crime.

(26) The Record needs to be established Regarding the Governments violations of Title 18 USC 1512 (b)(1) as Related to Charles Vaughn, The Letters written by Lennon shields, Gretowi Crittleton and others To firmly establish that there has been Government misconduct in Securing certain "Key testimony" specifically Lennon shields as his testimony was used to Joinder myself to Mc Moore & therefore made it possible to try us together on otherwise inadmissible evidence against me.

Edward Lee Jackson Jr
Edward Lee JACKSon JR
REGister number 07546 424
MCC - CHICAGO
71 W. Van Buren
CHICAGO, Illinois 60605

EXHIBIT TEN

The Honorable Judge Ann C. Williams
U.S. District Court Judge
Northern District of Illinois                    August 19, 1999
Dirksen Federal Building
219 South Dearborn Street
Chicago, Illinois  60604

R E C E I V E D

AUG 23 1999

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Re:  U.S. v. Edward L. Jackson, Jr.
     96 CR 815; Correspondence to the Court


Dear Judge Williams,

     In previous correspondence, I voiced significant concerns that
I have regarding my rights to effective counsel.  On August 17, 1999,
my attorney of record - Mr. Jeffery Levine - and I had an attorney
client visit, here at the M.C.C.   During the visit, while I was
attempting to enlighten Mr. Levine on the issues which I want him to
vigorously prusue during post conviction remedies and on appeal; Mr.
Levine seemed pre-determined to convince me that my only alternative
at ever becoming a free man, was to cooperate with the Government.

     During one conversation, Mr. Levine stated that "He could get Me
Twelve Years".  Again my only purpose for having the meeting, was to
become updated on the issues I've requested be raised and the case
in general - not to discuss my being auctioned off to the prosecutor -
for foul play by others.  Your Honor, just so the record is very clear
on this subject, during trial when I took the witness stand in my own
defense, each and every sentence that I spoke was the truth.   The
government had every opportunity to refute my testimony, but failed to
do so.  Thus, the only cooperation I could possibly give the govern-
ment, would be a bunch of lies.

     Mr. Levine has also given me the inference that "Short of Jesus
Christ", there are absolutgely no issues that you or the appellate
court would rule favorably on and that your only concern is "Launching
Me into Orbit", at sentencing, regardless of what the government or
there witnesses did wrong.

     I have pointed out to Mr. Levine new evidence which I discovered
after trial regarding an investigation the government started, "Prior"
to my trial on my previous attorney - Ms. Joan Hill McClaine.  This
investigation was due to some conversation Ms. McClaine was involved
in with a client in which the government interpreted as "attempts"
to Obstruct Justice", in a double Homicide Case!

     Now in spite of the above referenced investigation, the fact that
the government interviewed witnesses and sought a special court ordered
interception plan on Ms. McClaines phone, (along with the client),
the government nor Ms. McClaine never saw fit to request an inquiry in
regards to these very serious matters, before Your Honor.

age two
tr to Judge Williams

8/19/99

What more of a conflict of interest can there possibly be, than the fear of being charged criminally?

I've requested that Mr. Levine vigorously pursue this issue as the law clearly states whenever sucha conflict/potential conflict is entirely ignored, reversal is automatic.

At the conclusion of our visit, Mr. Levine again made comments directed at my cooperation instead of concentrating on accomplishing the tasks I need performed to become a free man in society.

It has become quite apparent that Mr. Levines efforts to have me cooperate have detracted from his duties to represent me at this stage.    At this stage in my cause, "Adequate" representation will not suffice, the only chance I have at freedom, is a vigorous advocate representing me - and Mr. Levines efforts are more geered toward having me cooperate.

It's my position that because of the betrayal I received by Ms. McClaine and Mr. Levines passiveness in pursuing an issue which is cut and dry and concentrating on my cooperation; that I distrust Mr. Levines representation and fear that the prosecution has gotten to Mr. Levine in the manner in which it did to Ms. McClaine.

I thank you for your time and review of this most important matter. In closing, I would like to state that because of I fear being under represented, I believe that Mr. Levine and I have reached a point of "Irreconcilable Differences".


                              Respectfully Submitted,

                              *Edward Lee Jackson*

                              Edward Lee Jackson, Jr.
                              07546-424
                              C.M.C.C.
                              71 W. Van Buren St
                              Chicago, IL.  60605


cc:  Mr. J. Levine, Esq.

EXHIBIT ELEVEN

RECEIVED

SEP 22 1999

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

JEFFEREY LEVINE
140 S. DEARBORN ST.
SUITE 410
CHICAGO,IL 60603                    DATED SEPTEMBER 19, 1999

DEAR SIR CONTAINED WITHIN ARE OBJECTIONS I WOULD LIKE RAISED REGARDING
THE TITLE III INTERCEPTS RELATED TO AN ORDER FROM 6-16-96, IN A FRANKS
HEARING TO DISMISS THE  TITLE III BASED UPON FRAUDULENT AND MISLEADING
INFORMATION USED TO GAIN THE ORDER.

1. THE 12-8-95 CHARGE was dismissed because CI#1 ADMITTED TO FRAMING
   EDWARD JACKSON IN A VIDEO TAPED robbery that Eugene Shephard provided
   surveillance of and undercover agent deborah jones buggs was the
   purported victim of this  " fake robbery ".

2. THE 3-13-96 CHARGE CI#1 was used at grandjury #1 to link  Edward Jackson
   in this charge,but his credibility was destroyed because of prior action
   and he was not able to be the Nexus to link Jackson to this charge, SO
   Lennon Shields  taints the " superceding grandjury " by giving false
   testimony towards jackson as to this charge where there is no evidence
   to link Jackson to this charge, but there is a hitch SHields writes a
   letter to co-defendant ML Moore  stating that the government pressured
   him to lie ! without SHields grandjury testimony which is obviously
   false there is no probable cause to charge Jackson.

3. THE 3-28-96 charge- JACKSON IS NOT INVOLVED in this in any manner
   and none of this evidence can be used as basis to gain court apppoval
   for wiretaps against Jackson.

4. 5-2-96 Charge - Myron Robinson & undercover officer Shephard testimony
   is totally uncredible because of prior actions (12-8-95) in the frame
   robbery, as is the FBI/CPD surveillance REports which would have a
   Federal Judge believe that they were able to  identify EDward Jackson
   in a dark alley with no video equipment or binoculars, but they allowed
   a CI to " intentionally misidentify " Jackson in broad daylight even
   though they had the use of a hightech video camera and  Jackson is
   never in this purported "alley " in the first place. THE testimony of
   Cornelius Tripp is so perjured it does not bare mention to support
   the governments obviouslky false version of this event.

5. These charges/allegations were the basis for the first cpurt authorized
   intercept order, all of which are false and misleading, my prior
   attorney for reasons known only to her  did not point this outto the
   court, I am directing you to request a franks hearing so that the
   TITLE III ORDER CAN BE DISMISSED FOR THESE REASONS.

6. I AM ALSO REQUESTING THAT YOU MOTION TO THE COURT TO HIRE A SPECIALIST
   TO DIAGNOSE THESE CONSENSUAL RECORDINGS WHICH I CONTEND ARE TAMPERED
   WITH.- 12/5/95, 12/1,2,3,4/95 ,11/29/95, 12/19,20,21,/95 ,3/28/96,
   6/18/96, 7/16/96, 8/6/96, 10/16/96

7. Also I am making you aware that there exists a tape recording prior
   to the title III period where agent shephard is requesting Jackson's
   cell phone number ( 3-27-96) consensual tape.

8. YOU  need all grandjury testimony related to 12-8-95& 3/13/96 and a
   copy of the letter that attorney Stan Hill tendered to  the government
   regdrding shields allegations.

                              Edward Lee Jackson
                         ─────────────────────────────
                         Edward Lee Jackson JR # o7546 - 424

EXHIBIT TWELVE

MCC- CHICAGO
71 W. VANBUREN
CHICAGO, ILLINOIS 60605

RE : UNITED STATES OF AMERICA -V- EDWARD LEE JACKSON JR CASE NO. 96 CR 815
OCTOBER 19, 1998

### JACKSON'S LETTER TO COUNSEL JOAN HILL McCLAINE

DEAR MS. HILL McCLAIN

AS I'M SURE YOUR WELL AWARE PART OF MY EFFORTS AT POST TRIAL RELIEF WILL
BE CENTERED EXCLUSIVELY ON PERJURED TESTIMONY WHICH OCCURRED DURING
TRIAL AS RELATED TO " KEY WITNESSES " CORNELIUS TRIPP,MICHEAL GREEN,
TOKEITHA BROWN, VICTOR YOUNGER, SADE WILLIS, TIM WHITE,MARK CLEMMONS,
MARSHA CLEMMONS AND ANTHONY BUCHANN. IN AS MUCH I AM AGAIN REQUESTING
THAT YOU SEND ME A COPY OF MY TRIAL TRANSCRIPTS AS WELL AS MY 3500/
DISCOVERY MATERIALS WHICH YOU HAVE IN YOUR POSSESSION. ALSO OF THE UTMOST
IMPORTANCE IS THE " KEY LIAR " WHICH WAS HIDDEN FROM THE JURY AND VIOLATE
MY CONSTITUTIONAL RIGHT TO FACE MY ACCUSER ( CONFRONTATION CLAUSE ) MYRON
"BOOGIE" ROBINSON THIS SO SEVERELY PREJUDICED ME THAT I AND YOU ARE
AWARE THAT I DID NOT RECEIVE A FAIR TRIAL WHERE THE GOVERNMENTS CRIMINAL
WRONGDOING WAS HIDDEN FROM THE JURY WHILE THEY USED EVERY TAPE THAT MR.
ROBINSON WAS INVOLVED IN, AND USING POLICE OFFICERS /AGENTS AND ADDITIONA
COOPERATING WITNESSES TO CURE THE CRIME AGAINST ME DOES NOT CLEANSE THE
TAINT IN AS MUCH I AM ALSO REQUESTING THAT YOU REQUEST THE GRAND JURY
TESTIMONY OF MYRON ROBINSON,DEBORAH JONES BUGGS, A COPY OF CHARLES VAUGHT
PLEA AGREEMENT AND ANY CONTRACTS, CONTINGENT FEE ARRANGEMENTS OR THE LIKE
PERTAINING TO MYRON ROBINSON. LASTLY I AM REQUESTING COPIES OF ALL MOTION
YOU FILED ON MY BEHALF, AS WELL AS THE GOVERNMENTS MOTIONS FILED IN
RESPONSE AND A COPY OF MY DOCKET SHEET WHICH PERTAINS TO CASE NO. 96CR81
yOUR REPLY WILL BE GREATLY ANTICIPATED, THANK YOU VERY MUCH.

THIS LETTER IS BEING PREPARED AS PART OF THE RECORD IN CASE NO. 96 CR 81

COPY SENT TO
CLERK OF THE COURT

*Edward Lee Jackn*
EDWARD LEE JACKSON JR

TO: JOAN A. HILL McCLAIN
33 N. LaSaLLE SUITE 3300
CHICAGO,ILLINOIS 60605

EXHIBIT THIRTEEN

Kent R. CARLSON
53 W. JACKSON BLVD
Suite 1515
Chicago, IL 60604

RECEIVED

AUG 17 2000

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

DATed August 16, 2000

RE; United States -vs- Edward Lee JACKSON Jr    Case No. 96 CR 815
JuDGe Ann C. Williams

Place on court file

Dear Sir,

Having advised you of all issues that I believe will benefit me
during my Post Conviction Stage, there is one more area that I am
directing you to broach  in the form of motion to the Court and
that is an "issue" which came up during trial in which micheal Green
a Government witness testified that he was facing 15 years in Prison
before the Jury and that he and the Government had "no more" agreements
or understandings, Said witness was then released in October of 1998 after
Serving approximately 8 months in Custody. The prosecutors for the Government
BRyAn NEtols, RyAn Stoltz & MARK Filip were all aware that MR. Greens testimony
was not true when he was testifying but did not make any attempts to
inform the Jury that MR. Green's testimony was false nor did these Government
Prosecutors attempt to rehabilitate MR. Green. You are aware that MR. Green
gave "Substantial" testimony against me during trial. The last factual issue
left is MR. Stoll Vouching for the credibility of the Governments witnesses,
MR. NEtols introducing false evidence before the Jury during his Rebuttal and
The Affidavits from various individuals that Recanted "testimony and /or
Provided my defense with Affidavits to clear me of Specific charges. If you
do not understand or are unaware of the contents of this correspondence
I am Requesting an attorney visit to Arrange & work out the details
before you file motions.

Thank you in advance for any assistance you may Put forth forwards
this Request.

EXHIBIT FOURTEEN

RECEIVED

UNITED STATES COURT HOUSE
219 South Dearborn Street
Chicago, Illinois 60604
Office Of the Clerk Of U.S District Court

DEC 0 2 1999

MICHAEL W. DOBBINS, CLERK
UNITED STATES DISTRICT COURT

Dated November 30, 1999.

### Correspondence to the Court

Dear Judge Williams,


Please find enclosed handwritten letters from Lennon Shields a witness who
gave false testimony before the grandjury in case number 96 Cr 815. Within
these letters Mr. Shields not only admits that he pleaded guilty to crimes
that he did'nt commit, but he also  says that the prosecuters pressured him
and that agent(s) lied about material facts as well. The contents of these
letters corroborate my trial testimony that I was in no way involved in any
manner with Mr. Shields as related to a 3-13-96 charge(s) I was falsely convicted
of. I've also been informed by  co-defendants that attorney Stanley Hill has in
his possession more letters which Mr. Shields wrote confirming that he lied and
was told what too say about these charges.These letters  should raise serious
concerns about the illegal tactics the government has employed in this case
not limited to me being framed in a robbery which the government has admitted
to, the indictment of an FBI case agent assigned to this case, as well as other
witnesses involved in this case recanting testimony because of  accusations
similiar in nature to the ones contained within these letters. When Mr. Netols
informed you at Shields  9-22-99 sentencing that Shields was'nt used because
the government did'nt want to open the door to the 12-8-95 robbery for which I
was framed for, he was again misrepresenting to the court, as i'm sure they
would'nt be able to explain away the Shields handwritten letters in the same
false manner they did(prosecuters) the Micheal Green letter which states he
was forced and threatened to lie as well. Well i'm aware that sentencing is
near I just try to make all parties aware of all the wrongdoing which was done
against me in this case so that no party can make any claims that they have'nt
been made aware of " Governmental misconduct ", so when I get my sentencing
speech from the court which will be based upon all the lies which the government
has sewn together I can at least say the judge has had the opportunity to view
each document which would point to wrongdoing by the " accusers ".Lastly if I
had recieved proper legal representation which was conflict free and had I been
tried by lawful prosecuters and lawenforcement I don't believe that the court
would be recieving this letter or any of the other documents which point to
crimes being committed against me from start to finish of this criminal -
proceeding.

EXHIBIT 96 Cr 815

*Edward Lee Jackson*

Edward Lee Jackson Jr # 07546-424
Mcc-Chicago
71 W. Vanburen
Chicago,Il 60605

12/17/97

What's up Gymie,

How did court go? I did pray last night and I hope you got the minimum sentence, but I don't think you even deserve that. In fact after Lock became the orderly a few weeks ago I know for a fact in my heart he's a liar. I truly believe your innocent because I know Lock's a liar. When I compare your personality with his, you both are competely different and opposite. Since the few weeks he was an orderly I had the chance to see him as he truly is, and I also had a chance to see you. And based upon your attitude, I don't believe anything Lock says, and I know the news media lies and distort the truth so I don't believe what they say either.

It's a shame that Lock is going to get a lesser sentence than you especially when you consider the fact of all that he did. And I'm sure the prosecutors coached the victim what to say during trial. What I don't understand is that if the victim was under the influence of drugs and alcohol how could he remember what happened that long ago.

Your defence lawyer really screwed you! He should have never gave you the advise he did knowing the seriousness of the crime which resulted in the length of the sentencing guide line. I know I wasn't there when things took place (between you & Lock) but I don't believe you did what you were convicted of. It's like your caught in a situation like I was but instead I plea guilty rather than risk losing. And as a result I had to say, things I didn't do.

Did you request or your def. lawyer request DNA test? If not, you should request them during your appeal or as soon as you can.

I'm usually a good judge of character and I do not believe your guilty! On the other hand Lock is a pathetic human being, I don't mean to say anything bad about him, but his actions and attitude speaks

FOR IT'SELF. MAYBE SOME WHERE DOWN THE LINE ~~TOO~~ YOU'LL GET OUT ON A TECHNICAL MISTAKE. MY FAMILY AND LAWYERS ALL BUT FORCED ME TO PLEA GUILTY, AND BELIEVE ME IT'S THE HARDEST THING I'VE EVER DONE IN MY LIFE TO PLEA GUILTY TO SOMETHING I DIDN'T DO. AND WHAT'S WORST ALL THE OTHER NONSENSE I AGREED TOO. IF I HAD PLEA I WOULD HAVE BEEN FACING 10 TO 20 YRS AGO SO IT'S LIKE I WAS DAMNED IF I DID OR DAMNED IF I DIDN'T. I WAS STUCK BETWEEN A ROCK AND A HARD PLACE - SO I TOOK THE ROUGH - EASY WAY OUT. IT' SUCKS! BECAUSE I KNEW I COULDN'T WIN.

BUT, HOPEFULLY SINCE I'VE BEEN IN ISOLATION FOR OVER 14 MOS. AND I PLEA FOR 5 YRS I MIGHT GET TIME SERVED AT THE END OF TRIAL OR HOME CONFINEMENT, IF PUSH COME TO SHOVE I'LL EVEN TAKE A HALF WAY HOUSE

BUT JUST SO YOU'LL KNOW I TRULY FEEL SORRY FOR YOU. BECAUSE THEY'RE PUNISHING A GOOD PERSON AND LETTING THE BAD GUY GO BASICALLY FREE. IT DON'T MAKE SENSE. YOU KNOW THIS IS TRULY A EVIL WORLD AND IT SEEMS LIKE ALL THE GOOD PEOPLE OR THE ONES THAT DO TRIES TO DO GOOD GETS PUNISHED ANY WAY, BUT THAT SHOULDN'T SURPRISE ME, IT'S IN THE BIBLE.

WELL GOD BLESS YOU AND KEEP GOD ALWAYS AS THE CENTER OF YOUR LIFE NO ~~MA~~ MATTER WHAT HAPPENS.

Nov 19, 97

What's up Gumie,

I KNOW IT'S HARD FOR YOU BECAUSE IT'S HARD FOR ME. EVERYDAY I STRUGGLE WITH KEEPING MY SANITY. WE'RE BEING TREATED LIKE ANIMALS AND I DON'T THINK AN ANIMAL DESERVE THIS TYPE OF TREATMENT LET ALONE A HUMAN BEING. IT KIND OF SEEMS TAKE PLEASURE IN MISTREATING FOLKS. SOMETIME I UNDERSTAND THE CO'S AND SOMETIME I DON'T! MOST OF THEM ARE SCAREDOR TERRIFIED THAT THEIR GOING TO LOSE THEIR JOB OR WORSE — END UP IN THE POSITION WE'RE IN. BUT THEN THERE ARE SOME LIKE BYNUM, THAT TAKES PLEASURE IN SEEING FOLKS SUFFER, BUT THEY DON'T LAST LONG, SOONER OR LATER IT'LL CATCH UP TO HIM. I'VE SEEN MANY PEOPLE LIKE HIM AND I KNOW IT'S JUST A MATTER TIME. THE OTHER CO'S I JUST LEARNT TO IGNORE THEM

THE ONLY REASON IT SEEMS I'M HANDLING THIS SITUATION SO WELL IS BECAUSE I HAVE GOD AS BEST FRIEND. HE HAS GIVEN ME A SUPPORTING FAMILY, THAT KNOWS WHAT KIND OF PERSON I AM THEREFORE THEY'RE STOOD BY MY SIDE. I ALSO SERVED 3yrs IN AN INFANTRY UNIT IN THE ARMY IN GERMANY AND ANOTHER 3½ yrs IN A ACTIVE SPECIAL FORCES RESERVE ARMY UNIT. THESE 5 THINGS ARE THE ONLY REASON I CAN FUNCTION AND DEAL WITH ALL THIS. BUT JUST SO YOU'LL KNOW, SOME DAYS I FEEL LIKE GIVING UP AND AT THAT POINT I READ OR LISTENS TO MY WALK MAN TO FORGET THE PAIN. IF THAT DON'T WORK I TRY TO DAY DREAM OR MEDITATE ABOUT THE GOOD TIMES OF MY PAST. WHEN ALL THAT FAILS I REREAD INFORMATION ON WHICH COLLEGES OFFERS THE BEST COURSES IN RESPIRATORY CARE & PHYSICAL THERAPHY, AND SO FAR, JUST THE THOUGHT OF REDEEMING ME MY SELF AS A MAN, MAKES MY ENTIRE SELF KEEP HOPING FOR A BETTER DAY. SO I HOLD ON AND KEEP PRAYING.

TRY HAVING A ONE ON ONE CONVERSATION WITH GOD OR TRY PRAYING 3 TIMES A DAY. I STARTED PRAYING 3 TIMES A DAY WHEN I WAS ON THE 6TH FL AND IT THE BEST MOST PEACEFUL TIME I'VE EVER HAD IN MY LIFE. I HAD NEVER EXPERIENCED SUCH PEACEFULNESS SO YOU MIGHT WANT TO TRY IT.

ANOTHER THING THAT'S HELPING ME COPE WITH ALL THIS IS THAT, BY READING THE BIBLE AND PRAYING I NOW UNDERSTAND WHY THE WORLD IS SO MESSED UP. WE'RE IN THE LAST FEW DAYS OF THIS WORLD AS WE KNOW IT. ALL THAT YOU READ IN...

Psalms, Proverbs, Isaiah — in other words, through-out the whole Bible, it speaks of the end time, and now it are coming so fast. Everything that's predicted in the Bible may or may not be true, but I'm sure we're living in the last days. Read Psalms Isaiah the beginning to the end and ask God what does it means and I'm sure your answer will be close to mine. Because how can you explain a system that uses drug dealers and gang bangers to testify against the police. I'm not saying all officers are right or wrong, but when the government uses drug dealers to set up police officers just to satisfy their agenda, something is really wrong with this government. In the summer of '94 I was searching for a subject that did a homicide in which he shot and killed his friend that he was gambling with. The subject was arrested in the winter of '94, by the summer of '96 he was back on the streets. (after 2 yrs) How do you explain a system that is willing to let murderers loose but willing to give officers 10-20 yrs because they may have fell for the trap that they set up.

The Fed's are interviewing every arrestee that we had arrested and is going to use those criminals to testify against the officers, so it's naturally the arrestee is going to lie and what's worst they all usually have criminal past history. But now, in this system, their word is more believable than ours. In fact the Fed's had an arrestee to testify against Jack Daws and after he told the jury what the prosecution had coached him to say, the system let him go and Jack got 20 years. That's why I plead for 5, I know I didn't rob anyone, my family knows it, the lawyers even knows it, but I didn't want to risk serving more than 5 yrs. By me pleading to what the other officers said, I might get time served by the time the trial starts (April 98) or anything less than 3½ yrs. And because I still have hope that the Lord will be bless me with a family, and a better paying job, I still find ways to keep holding on. After this bad experience, I'm closer to God and he is the root for of my foundation that's why it appears I'm doing so good, but inside, I'm going through the same emotions as you, because I'm not a criminal and people like us don't deserve to be in this place. But nevertheless we've got to learn to deal with it, because there's going to be sunnyshine after the storm.

O PAGES TO EXPLAIN THE WHOLE CASE SO I WILL (NOW) STOP NOW, BUT I DO SUGGEST YOU GET A WALKMAN TO GET RID OF THE BOREDOM AT NIGHT, IF YOU CAN TRY PRAYING 2 OR 3 TIMES A DAY, IT INVOLVE A PERSONAL RELATIONSHIP WITH HIM, IT'LL HELP YOU UNDERSTAND THE LAST DAYS WE'RE IN, THAT'S WHY THE GOOD WILL SUFFER WITH THE BAD.

DARRELL

P.S. IF I HAD NOT PLEAD GUILTY I WOULD HAVE BEEN FACING 10 TO 30 YRS AND EVEN THE PROSECUTORS (TOP) TRICKLY LAWYERS KNOW (EASY) I MADE THEIR JOB, BY PLEADING IF THEY HAD SO MUCH EVIDENCE ON ME IT SHOULDN'T MATTER WHETHER I PLED OR NOT BUT SINCE I DID PLEA I LATER FOUND EVIDENCE THAT COULD HAVE HELPED MY CASE. IN MY HEART I TRULY BELIEVE I COULD HAVE WON MY CASE BUT IT WAS JUST TO BIG OF A RISK THAT'S WHY, THEY CHARGED ME WITH A FALSE (2ND) ROBBERY, WITH CHA-CHA. I HAD NEVER MET OR SEED HIM BEFORE UNTIL THIS HAPPENED. AND THEY LIED AND SAID ME AND HIM COMMITTED A ROBBERY TO (EXTRA) GET MORE JUST TO ADD PRESSURE THEN ONE FBI AGENT EVEN LIED ABOUT THE VIDEO TAPE I COULDN'T REMEMBER ALL THE CIRCUMSTANCES OF WHAT TOOK PLACE SO I RECALL ER'S, WHEN I KNEW WHICH TURNED OUT TO BE CORRECT THE AGENT LIED AND SAID IT (THEA) NEVER HAPPENED THAT WAY. SECOND I THOUGHT MY LAWYERS HAD SEEN THE EVIDENCE BEFORE I PLED (IT TURNS OUT THEY DIDN'T SEE ANY, BUT YET ADVISED ME TO PLEA GUILTY. SO AS OF NOW, I DON'T TRUST ANYONE BUT GOD, ALL MY TRUST & FAITH IS IN HIM, AND I'M AT PEACE WITH IT. I JUST PRAY I DON'T HAVE TO TESTIFY THE LIES THE OTHER OFFICERS TOLD WHILE TRYING TO WORK OUT A PLEA FOR THEMSELVES. AT LEAST I HAD PLANNED ON SAYING THINGS AGAINST ME BECAUSE THE FEDS DIDN'T HAVE ENOUGH EVIDENCE TO CONVICT ME ON WHAT THEY INDICTED ME FOR. BUT NOW I'M LOOKING AT ONLY 5 YRS (OR) LESS AND THEY ARE LOOKING AT 10 TO 30, SO BY THE LORD'S WILL THEIR PLAN BACKFIRED ON THEM. AND I PRAISE THE LORD BECAUSE BY THE TIME TRIAL END I MIGHT GET TIME SERVED.

ONE THING YOU'VE GOT TO REMEMBER, THIS SYSTEM, IS A FLESH COUNT SYSTEM, IT DOESN'T MATTER WHETHER YOUR RIGHT OR WRONG, GUILTY OR INNOCENT, ALL THEY CARE ABOUT ARE CONVICTIONS. EVEN IF THEY KNOW YOU DIDN'T COMMIT A CRIME, THEY STILL WANT YOU AS A NUMBER FOR THEIR FLESH COUNT THAT'S WHY PEOPLE ARE STILL SAYING, THIS A BUSINESS. VAUGHN (CHA-CHA) ONLY GOT 9 MOS 20 DAYS FOR A STRONG ARM ROBBERY AND THEN GIVEN 6 MOS HOME CONFINEMENT, THIS IS DESPITE THE FACT THAT HE WAS ON PROBATION FOR 2 YRS FOR A BURGLARY AND WAS MACED ON HOME CONFINEMENT FOR GET- TING CAUGHT WITH A GUN AND HE ONLY GOT 9 MOS 20 DAYS THEN A 6 MOS HOME CONFINEM I'VE NEVER BEEN ARRESTED BEFORE IN MY LIFE AND DON'T HAVE ANY TYPE OF CRIMINAL HIS- TORY AND THEY WANT TO GIVE ME 5 YRS. FOR SOMETHING I DIDN'T DO. SCREW YOU GOT IT

THERE WAS ALSO A CIVILIAN ON BAXTER'S CASE AND I JUST RECENTLY FOUND OUT HE AL- SO GOT 9 MOS FOR A DRUG CHARGE AND HE WAS RELEASED JUST LIKE A (CHA-CHA), BUT YET THE WANT TO GIVE US 5-10 YRS JUST BECAUSE WE TRIED TO STOP CRIME IN BAD AREAS OF BLACK NEIGHBORHOODS. I'VE SEEN MORE KILLINGS & MURDERS THAN YOU WOULD EVER BEL- AND NOT JUST SIMPLE KILLINGS. BUT THE KIND THAT DRIVE MOST OFFICERS TO A NERVOUS BRE- DOWN OR TO BECOMING AN ALCOHOLIC. BUT IS IT KIND DESTRANGE BOTH CIVILIANS TO EACH CASE THAT THE FEDS SET UP, ONLY GOT 9 MOS. EACH. THEY SET THIS UP AND THEY WANTED PUT U AWAY FOR LIFE. THAT'S WHY, I PLED, BECAUSE AFTER 5 YRS I KNOW I GOT GOT LIFE. AND THAT'S ALSO WHY, I CAN'T BELIEVE THE WITNESS COULD STREET ANY ANSWER GET

LOCKE HAS ALREADY COMMITTED THE CRIME EVEN BEFORE HE ANY ANY STATE GAVE IS CITIZENS ODDS AS HE WAS ALREADY GUILTY, BUT THEY DIFFEREN HIM A DEAL TO TELL ON YOU DELL THAT WHAT THEY WAS OFFERING 2 OTHER OFFICERS TO DO TO ME, THEY (FEDS) HAD NO OR NOT ENOUGH EVIDENCE ON ME TO A CONVICTION, SO THEY GOT STATEMENTS FROM OTHER THAT WOULD HAVE PROBABLY GOT AN CONVICTION IF I HAD WENT TO TRIAL, AND IN CASE YOU DIDN'T KNOW, HEARSAY TESTIMONY WILL GET A CONVICTION IN FEDERAL COURT, SO I DID THE HARDEST THING I'VE EVER DID IN LIFE AND PLEA GUILTY TO SOMETHING I I DIDN'T DO. BUT BECAUSE THEY (FEDS) KNOW I DIDN'T DO ANYTHING THEY TOLD ME I'M GETTING THE BEST DEAL OUT OF EVERYONE AND AT THE MOST THE I WILL GET 5½ YRS. IN FACT ONE GUY EVEN TOLD ME OF ALL THE PEOPLE IN HERE YOUR THE ONLY ONE THAT DON'T BE- LONG. WHY WOULD HE SAY THAT IF I'M GUILTY AND IF THEY GOT SIGNED MUCH EVID- ENCE ON ME? WELL I COULD GO ON FOREVER BUT IT WOULD TAKE ANOTHER

THANKS GISPIE:                                          Dec 20, 97

For all the Christmas gifts; i.e. the books, the candy and the card. I truely happy that you're decided to put all your faith and love in God. He truly hears our prayers and knows exactly what we need. I wish I could go to the 10th Fl. before Christmas but I haven't exactly asked for that, I've asked to go home for Christmas. I know people assume it's impossible but with God anything is possible. I've also asked that God trap the feds in their own deceitful, lying game and so far, I'm still hearing positive feed back that one of the FBI agent on my case was arrested for buying drugs. God, I hope it's true! I don't mean I wish any harm to anyone, but these people have casted their nets to take my life, so I ask God to stand up for me and fight this battle. There's too many for me to fight on my own, so I ask God to let his mighty hand to deliver me and entrap them with their own trap/net.

I remember awhile back you asked me how did I appear to be taking all this so well. Well first let me start by saying, God has always been the root of my foundation since I was about 11 or 12. I've endured many trials and tribulations and this isn't no difference. Second I thank God that I'm still alive and have a supportive family and friends. And third I remember seeing a cripple guy one night, about 3 am when I was on the third floor. When I saw how hard it was for this guy just to walk, it dawned on me that despite my circumstances and condition, I still got a lot to be thankful for. There are so many people less fortunate than I and thank God that he still has blessed me in so many ways. In fact more ways than I mention.

Since I've been in here, I've lost too many friends and family members to death or some other kind of ailment. It seems like death is all around my family and yet were still thanking on to God. Believe me God is real and I'm a living witness. Consider the job I had. Well the danger I put my self in and faced everyday — you wouldn't believe me, if I told. I went above and beyond what an everyday ofc. did. And now, not only do the FBI lied about what really happened, but they went out of their way to set

ALL OF US UP FOR THEIR POLITICAL AGENDA. THEY SPENT MILLIONS JUST INVESTIGATION US AND WHEN THEY COULDN'T FIND OR CATCH AN OFFICER DOING ANYTHING ILLEGAL THE TRAPS BEGAN. THAT'S WHEN THEY HAD ME PLEA AND AGREE TO THINGS I DIDN'T DO, BECAUSE THEY MUST — JUSTIFY WHY I SPENT MILLIONS ON AN INVESTIGATION AND DISCOVERED ONLY ABOUT 2 OFFCS DOING WRONG — WELL I REALLY DON'T WANT TO GET INTO ALL THAT, BUT I WOULD JUST LIKE SAY DESPITE WHICH WE GO IT'S BEEN A PLEASURE MEETING YOU. KEEP GOD IN YOUR HEART AND WHO KNOWS SOMEWHERE DOWN THE LINE YOUR TRIAL MIGHT GET OVERTURNED. IT MAY SEEM HARD TOO BELIEVE BUT ANYTHING IS POSSIBLE WITH GOD. NEVER GIVE UP! AS LONG AS YOU KEEP GOD IN YOUR HEART NEVER STOP HOPING AND PUTTING ALL FAITH. HE THAT IS STRONGER IN YOU THAN YOU.

THE NEXT TIME YOU HEAR FROM WYNN — TELL HER I SAID HI. IN FACT TELL ALL THE GUYS ON THE 6TH FL I SAID WHAT'S UP.

WELL IF I DON'T SEE YOU AFTER YOU'VE GONE TO THE 6TH FLOOR, YOU TAKE CARE OF YOURSELF AND HAVE A MERRY CHRISTMAS & HAPPY NEW YEAR. TELL YOUR FOLKS I SAID HI. YOU GOT A GOOD FAMILY AND THAT'S EVEN MORE TO BE THANKFUL TO GOD FOR. TELL THEM I SAID MERRY CHRISTMAS & HAPPY YEAR

Your Homie Jeremy

P.S. THE MORE I READ THE BIBLE THE MORE I LEARN. AND FOR SOME REASON I FEEL THE BOOK OF REVELATIONS IN NEAR THE END. IN FACT, I APPLY THOSE TIMES OF THE WORLD COMING TO AN END AS THE TIME WE'RE LIVING IN NOW. I THINK GOD WANTS TO SAVE US BY TURNING US — HIS LOST TRIBE OF ISRAEL — BACK TO PRAISING AND WORSHIPPING HIM, BECAUSE HE KNOWS THE END IS NEAR. NOW THAT YOU'VE FOUND GOD NEVER LOSE HIM AND REMEMBER THE SAYING, "WHAT EVER DOESN'T KILL YOU, MAKES YOU STRONGER! PEACE ☺

BY THE WAY GOD WILL KEEP YOU SANE IN THE MIDDLE OF ALL THIS CONFUSION!

EDWARD LEE JACKSON JR #07546- 424

MCC- CHICAGO

71 W. VANBUREN

CHICAGO, ILLINOIS 60605

RE ; UNITED STATES OF AMERICA -V- EDWARD LEE JACKSON JR CASE NO. 96 CR 815

OCTOBER 20, 1998

## JACKSON'S LETTER TO COUNSEL JOAN HILL McCLAIN

DEAR MS. HILL McCLAIN

AN ISSUE HAS ARISEN WHICH IS OF GREAT IMPORTANCE TO ME AND AFFECTS MY
STANDING AS A FREE MAN IN SOCIETY. BECAUSE OF THIS ISSUE I AM REQUESTING
THAT YOU SUBPOENA THE UNITED STATES JUSTICE DEPARTMENT'S MCC-CHICAGO,
UNITED STATES ATTORNEY'S OFFICE AND UNITED STATES PROBATION OFFICE
HOUSE ARREST OR ELECTRONIC MONITORING  PROGRAM TO TURN OVER " ALL "
DOCUMENTS RELATED TO " URINALYSIS PROGRAM " RESULTS OF MICHEAL GREEN.
THAT MCC CHICAGO BE SUBPOENED FOR THE INMATE HISTORY OF MICHEAL GREEN,
ANTHONY BUCHANAN, ANDTIMOTHY  WHITE AS WELL AS THEIR PROSPECTIVE RESULTS
AND DATES TESTED FOR " URINALYSIS PROGRAM". SUBPOENA THE MCC CHICAGO
MEDICAL DEPARTMENT FOR ANY MEDICAL PRESCRIPTIONS THAT MICHEAL GREEN HAS
INCLUDING PROZAU (FLUOXETINE CHLORIDE). SUBPOENA THE UNITED STATES ATTOR
NEY'S OFFICE FOR COPIES OF MICHEAL GREEN'S PLEA AGREEMENT, INDICTMENT,
ANY LETTERS OR CONTRACTS/AGREEMENTS RELATED TO PAYING HIM MONEY'S  OR
PROVIDING PROPERTIES OR SUPPLYING HIM WITH JOBS.LASTLY BUT CERTAINLY NOT
LEAST I NEED COPIES OF THE TRANSCRIPTS FROM A PROCEEDING IN FRONT OF
JUDGE WILLIAMS ON TUESDAY OCTOBER 13, 1998 WHERE MICHEAL GREEN WAS
RELEASED FROM INCARCERATION AT MCC-CHICAGO AFTER HE TESTIFIED DURING MY
TRIAL THAT HE WAS RECEIVING MORE THAN TEN YEARS BUT HAS SERVED LESS THAN
10 MONTHS ?BEING DONE FAVORS OF THIS NATURE IS MOTIVATION FOR THIS WITNE
SS TO FABRICATE AND LIE WHICH IS WHAT  I HAVE CONTENDED HE DID SINCE DAY
ONE. THIS TYPE OFILLEGAL AND UNETHICAL BEHAVIOR HAS BEEN CONDONED AND
PROTECTED BY THE UNITED STATES ATTORNEY'S OFFICE IN MATTERS WHICH AFFECT
ME, AS EVIDENCED BY THE MYRON ROBINSON AND DARON A. COUNCIL COVER UPS.

THIS LETTER IS BEING PREPARED AS PART OF THE RECORD FOR CASE NO. 96 CR 81

COPY SENT TO

CLERK OF THE COURT

EDWARD LEE JACKSON JR

TO; JOAN A. HILL McCLAIN

33 N. LaSalle suite 3300

CHICAGO,ILLINOIS 60605