MHW

Edward Lee Jackson, Jr.
Reg. No. 07546-424
Federal Correctional Institution
P.O. Box 1000
Cumberland, Maryland 21501-1000

# FILED

April 22, 2008

APR 3 0 2008
4-30-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

The Honorable Charles R. Kocoras
United States District Judge
United States District Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

RE:   U.S.v. Jackson, No. 1:07-cv-06409 – Declaration of Mailing &
      Request for Equitable Relief

Your Honor:

      By order of the Court, I was given until April 21, 2008,
to file a reply to the Government's Response to my Motion to
Vacate under 28 USC § 2255.

      In fact, on April 21, 2008, I deposited a Memorandum in
Reply/Opposition to the Government's Response, with first-class
postage prepaid and addressed to the Clerk, in a receptacle
for outgoing prisoner mail located in my cell block.

      I did not use the prisons legal mail system becuase under
that system prisoners must deliver legal papers to mailroom
officers before 12:30 p.m. in order to receive benefit of the
mailbox rule for a given day but the final pages of my reply
memorandum were still being typed at that hour.

      My reply memorandum should be deemed timely filed never
the less.  The Government nor other unincarcerated litigants
have such restriction placed on their ability to meet a court
filing deadline, neither should I.

      The last nine pages of my reply memorandum were all typed
on April 21, 2008.  When the typing was completed, I was unable
to make copies of the last pages because the inmate copy machine
was inoperable and I could not obtain copies from either of
the two staff members who I asked.

      Faced with the choice of filing my reply within the deadline
and having no complete copy for service of Respondent, or delaying
filing until the following day after I was able to make the
necessary copies, I chose the former.  But I must now ask the

Honorable Court to direct the Clerk to copy and mail to me pages
21 thru 29 of my reply memorandum so that I am able to serve
a complete copy on the Respondent as well as have one for my
own records.

Pursuant to 28 USC § 1746, I declare under the penalty
of perjury that the foregoing is true and correct to the best
of my knowledge, information and belief.

Respectfully,

Edward Lee Jackson, Jr.


## Certificate of Service

I hereby certify that on this 22nd day of April, 2008,
I mailed a copy of the foregoing, with first class postage prepaid
and addressed to:

Brian Netols
Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604

Edward Lee Jackson, Jr.